ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 09 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>KADEEM MILLER | Criminal Indictment<br><br>Under Seal    **1:24CR0219** |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
## CONSPIRACY TO COMMIT BANK AND WIRE FRAUD
## (18 U.S.C. § 1349)

1. Beginning at a time unknown to the Grand Jury, but no later than on or about September 25, 2020, and continuing until at least on or about June 7, 2022, in the Northern District of Georgia and elsewhere, the defendant, KADEEM MILLER, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to commit certain offenses against the United States, to wit:

### *Objects of the Conspiracy*

   a. To knowingly execute and intend to execute a scheme and artifice to defraud a financial institution, USAA Federal Savings Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, certain moneys, funds, credits, assets, securities, and other property owned by and under the

custody and control of USAA, in violation of Title 18, United States Code, Section 1344.

b. To knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, well knowing and having reason to know that said pretenses were and would be false and fraudulent when made and caused to be made and that said omissions were and would be material, and, in doing so, transmitted and caused to be transmitted interstate and foreign wire communications, in furtherance of the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

## *Background*

At times relevant to this Indictment:

2. The FDIC was an independent agency created by Congress that insures the deposits of accountholders at member financial institutions.

3. USAA Federal Savings Bank was a financial institution with accounts insured by the FDIC.

4. T.H. and C.H. were USAA members who held USAA bank accounts including joint savings accounts with account numbers ending in x0352 and x9568, as well as a joint checking account with an account number ending in x0360.

5. R.W. and P.M. were USAA members who held USAA bank accounts, including a joint checking account with an account number ending in x5221.

6. S.A. and M.A. were USAA members. S.A. held a USAA bank account with an account number ending in x4798. S.A. and M.A. held a joint USAA checking account with an account number ending in x2838.

7. S.C. and Y.C. were USAA members who held a USAA checking account with an account number ending in x8214.

8. S.R. was a USAA member who held a USAA savings account with an account number ending in x9031.

9. M.D. and O.D. were USAA members who held a joint USAA savings account ending in x1121.

10. T.M. was a USAA member who held a USAA savings account with an account number ending in x9623 and a USAA checking account with an account number ending in x9712.

11. Co-conspirator-1 held Bank of America checking accounts with account numbers ending in x3787 and x9637.

12. Co-conspirator-2 was a USAA member who held USAA checking accounts with account numbers ending in x8386, x8834, x8459, and x8203.

13. Co-conspirator-3 was a USAA member who held USAA bank accounts with account numbers ending in x5485, x1991, x0135, x0208, and x0224.

### *Scheme to Defraud*

It was part of the conspiracy and scheme to defraud that:

14. Defendant MILLER, and co-conspirators known and unknown, obtained personal identifying information, including phone numbers, belonging to real USAA members who held bank accounts at USAA.

15. Defendant MILLER and his co-conspirators contacted the USAA members, posing as USAA representatives, and used materially false and fraudulent representations and pretenses to obtain personal information from the members to gain unauthorized access to the members' USAA bank accounts.

16. After Defendant MILLER and his co-conspirators gained access to the USAA members' bank accounts, they exploited this access in multiple ways. With some accounts, they opened a second account, purportedly in the USAA member's name and the name of a co-conspirator who also had USAA bank accounts. With another account, they opened a second account purportedly in the names of two victim USAA members. They then transferred funds from the compromised account to the new account and, from the new account, transferred funds into other bank accounts controlled by Defendant MILLER and his co-conspirators. For some compromised accounts, they transferred funds out of USAA members' bank accounts and directly into bank accounts held by Defendant MILLER's co-conspirators. Defendant MILLER and his co-conspirators then withdrew some or all of the stolen funds from the co-conspirators' bank accounts, including through ATM withdrawals.

17. Defendant MILLER, directly and through others, deposited fraudulent checks into USAA members' bank accounts to which Defendant MILLER and his co-conspirators had gained unauthorized access and into the new USAA

accounts Defendant MILLER and his co-conspirators opened. USAA frequently credited the accounts before learning that the checks were fraudulent. Defendant MILLER and his co-conspirators transferred and attempted to transfer the credited amounts out of the member accounts before the checks were discovered to be fraudulent.

18. During the conspiracy, Defendant MILLER communicated with and recruited potential co-conspirators via his Facebook account profile, "Bossman Miller." On or about December 19, 2021, Defendant MILLER uploaded a photo to his Facebook account depicting him holding a large volume of cash in his hands and lap.



### *Compromise of T.H.'s and C.H.'s Accounts*

19. On or about February 4, 2021 and February 5, 2021, Defendant MILLER and his co-conspirators gained unauthorized access to T.H.'s and C.H.'s USAA member accounts ending in x9568, x0360, and x0352.

20. On or about February 5, 2021, Defendant MILLER and his co-conspirators caused an application to be submitted to USAA to create a fraudulent joint USAA checking account under the names of T.H. and R.W. ending in x1636. The account was funded with a $25 transfer from T.H.'s and C.H.'s account ending in x9568 to the fraudulent account ending in x1636.

21. The same day, Defendant MILLER and his co-conspirators made the following transfers from T.H.'s and C.H.'s accounts into the T.H./R.W. fraudulent account ending in x1636: approximately $76,889 from the account ending in x0352; approximately $3,000 from the account ending in x0360; and approximately $1,500 from the account ending in x9568. Defendant MILLER and his co-conspirators then caused approximately $81,414 to be transferred out of the T.H./R.W. fraudulent account into another USAA checking account Defendant MILLER controlled, an account jointly held by R.W. and P.M. ending in x5221.

22. The same day, Defendant MILLER withdrew $4,800 in stolen funds from the account ending in x5221 over three transactions from an ATM located in McDonough, Georgia.

6

### *Compromise of S.A.'s and M.A.'s Accounts*

23. On or about August 3, 2021 and August 4, 2021, Defendant MILLER and his co-conspirators gained unauthorized access to S.A.'s and M.A.'s USAA bank account ending in x2838, S.A.'s account ending in x4798, and S.C.'s and Y.C.'s joint account ending in x8124.

24. On or about August 4, 2021, Defendant MILLER and his co-conspirators caused an application to be submitted to USAA to create a fraudulent joint USAA checking account under the names of S.A. and S.C. ending in x2956. The account was funded with a $25 transfer from S.A.'s account ending in x4798 to the fraudulent account ending in x2956.

25. The same day, Defendant MILLER and his co-conspirators transferred approximately $21,891 from S.A.'s and M.A.'s account ending in x2838 into the fraudulent account ending in x2956. Defendant MILLER and his co-conspirators then caused approximately $21,916 to be transferred out of the fraudulent account ending in x2956 into S.C.'s and Y.C.'s account ending in x8124. Defendant MILLER and his co-conspirators then transferred approximately $24,000 from the account ending in x8124 into a Bank of America account Defendant MILLER controlled, in the name of Co-conspirator-1, ending in x3787. From there, Defendant MILLER and his co-conspirators transferred a portion of the funds into another Bank of America account in Co-conspirator-1's name ending in x9637.

26. On or about August 4, 2021, Defendant MILLER and his co-conspirators withdrew $1,500 in stolen funds from Co-conspirator-1's account ending in x9637

over two transactions from a Bank of America ATM located in McDonough, Georgia.

### *Compromise of S.R.'s Account*

27. On or about November 2, 2021, Defendant MILLER and his co-conspirators gained unauthorized access to S.R.'s USAA account ending in x9031.

28. The same day, Defendant MILLER and his co-conspirators caused an application to be submitted to USAA to create a fraudulent joint USAA checking account under the names of S.R. and Co-conspirator-2 ending in x6974. The account was funded with a $25 deposit from Co-conspirator-2's USAA account ending in x8834.

29. On or about November 2, 2021, Defendant MILLER and his co-conspirators transferred approximately $113,709 from S.R.'s USAA savings account into the fraudulent account ending in x6974. Defendant MILLER and his co-conspirators then transferred approximately $113,734 out of the account ending in x6974 into Co-conspirator-2's USAA checking account ending in x8386. From there, Defendant MILLER and his co-conspirators made the following transfers from the account ending in x8386 into Co-conspirator-2's other accounts: approximately $8,000 was transferred into Co-conspirator-2's USAA account ending in x8834; approximately $13,505 was transferred into Co-conspirator-2's USAA account ending in x8459; approximately $65,000 was transferred into Co-conspirator-2's Chase account ending in x9963; and

approximately $8,000 was transferred into Co-conspirator-2's USAA checking account ending in x8203.

30. On or about November 2, 2021, Defendant MILLER withdrew the following amounts over several transactions from an USAA ATM located in McDonough, Georgia: approximately $3,000 from the account ending in x8834; approximately $3,000 from the account ending in x8459; approximately $3,000 from the account ending in x8203; and approximately $3,000 from the account ending in x8386.

### *Compromise of A.M.'s Account*

31. Between on or about November 27, 2021 and November 29, 2021, Defendant MILLER and his co-conspirators gained unauthorized access to A.M.'s USAA bank account ending in x1417.

32. On or about November 29, 2021, Defendant MILLER and his co-conspirators deposited a fraudulent Citibank check written in the amount of $25,000 into A.M.'s USAA checking account ending in x1417. The same day, Defendant MILLER and his co-conspirators transferred $25,000 out of A.M.'s account ending in x1417 into an account they controlled.

### *Compromise of T.M.'s, M.D.'s, and O.D.'s Accounts*

33. Between on or about December 14, 2021 and December 17, 2021, Defendant MILLER and his co-conspirators gained unauthorized access to T.M.'s USAA bank accounts ending in x9623 and x9712, and M.D.'s and O.D.'s USAA joint bank account ending in x1121.

34. On or about December 14, 2021, Defendant MILLER and his co-conspirators caused an application to be submitted to USAA to create a fraudulent joint USAA checking account under the names of T.M. and Co-conspirator-3 ending in x5485. Defendant MILLER and his co-conspirators funded the account with a $25 transfer from T.M.'s account ending in x9623.

35. On or about December 15, 2021, Defendant MILLER and his co-conspirators transferred approximately $34,975 from T.M.'s account ending in x9623, and approximately $2,274 from T.M.'s account ending in x9712, into the T.M./ Co-conspirator-3 fraudulent account ending in x5485. The following day, on or about December 16, 2021, Defendant MILLER and his co-conspirators transferred approximately $10,000 from T.M.'s account ending in x9712 into the fraudulent account ending in x5485.

36. On or about December 16, 2021, Defendant MILLER and his co-conspirators caused an application to be submitted to USAA to create a fraudulent joint USAA checking account under the names of T.M. and O.D. ending in x9025.

37. Defendant MILLER and his co-conspirators inflated the amount of funds that could be stolen from the compromised and fraudulent accounts by depositing fraudulent checks into them. On or about December 17, 2021, Defendant MILLER and his co-conspirators caused two fraudulent checks for $5,000 each to be deposited in M.D.'s and O.D.'s joint account ending in x1121. The same day, Defendant MILLER and his co-conspirators transferred $10,000 in funds from M.D.'s and O.D.'s account ending in x1121 into the fraudulent

account ending in x9025. Also on or about December 17, 2021, Defendant MILLER and his co-conspirators caused a fraudulent check for $25,000 to be deposited into the T.M./O.D. fraudulent account ending in x9025. On or about December 20, 2021, Defendant MILLER and his co-conspirators caused a fraudulent check for $25,000 to be deposited into the T.M./ Co-conspirator-3 fraudulent account ending in x5485.

38. On or about December 17, 2021, Defendant MILLER transferred approximately $35,025 from the T.M./O.D. fraudulent account ending in x9025 into the T.M./ Co-conspirator-3 fraudulent account ending in x5485.

39. Through a series of transactions between on or about December 15, 2021 and December 20, 2021, Defendant MILLER and his co-conspirators transferred the stolen funds out of the account ending in x5485 into other USAA accounts in Co-conspirator-3's name ending in x0224, x1991, x0135, x0208, and x0224. Approximately $17,299 was transferred to the x0224 account; approximately $55,000 was transferred to the x1991 account; approximately $20,000 was transferred to the x0135 account; and approximately $10,000 was transferred to the x0208 account.

40. Between on or about December 15, 2021 and December 18, 2021, Defendant MILLER and his co-conspirators withdrew funds derived from the fraudulent check deposits and transfers through a series of ATM transactions. The ATM withdrawals included the following: on or about December 15, 2021, Defendant MILLER withdrew approximately $11,000 from Co-conspirator-3's USAA accounts from an USAA ATM located in Columbus, Georgia. On or about

December 16, 2021, Defendant MILLER withdrew approximately $10,000 from Co-conspirator-3's accounts from an USAA ATM with an address on Powers Ferry Road, in Atlanta, Georgia. On or about December 17, 2021, Defendant MILLER withdrew approximately $2,000 from an USAA ATM located on Old National Highway, in Atlanta, Georgia. On or about December 18, 2021, Defendant MILLER withdrew approximately $20,000 from Co-conspirator-3's accounts from an ATM located on Powers Ferry Road, in Atlanta, Georgia.

41. As a result of the scheme, Defendant MILLER and his co-conspirators caused more than $2 million in losses to USAA.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH FIVE
## BANK FRAUD
## (18 U.S.C. § 1344)

42. The factual allegations set forth in paragraphs 2 through 41 of this Indictment are incorporated herein by reference.

43. On or about the dates listed below, in the Northern District of Georgia and elsewhere, the defendant, KADEEM MILLER, aided and abetted by others known and unknown to the Grand Jury, did knowingly and with intent to defraud execute and attempt to execute a scheme and artifice to defraud and to obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of, a financial institution, USAA, the deposits of which were federally insured, by means of materially false and fraudulent pretenses,

representations, and promises, as well as by omissions of material fact, by compromising the accounts listed below:

| Count | Date | Accounts |
|---|---|---|
| 2 | February 4-5, 2021 | T.H. and C.H. USAA Accts ending in x9568, x0360, and x0352 |
| 3 | August 3-5, 2021 | S.A. and M.A. USAA Accts ending in x2838 and x4798 |
| 4 | November 2, 2021 | S.R. USAA Acct ending in 9031. |
| 5 | December 14-20, 2021 | T.M. USAA Accts ending in x9623 and x9712 and M.D. and O.D. USAA Acct ending in x1121 |

All in violation of Title 18, United States Code, Section 1344 and Section 2.

## COUNTS SIX THROUGH TWENTY-ONE
## WIRE FRAUD
## (18 U.S.C. § 1343)

44. The factual allegations set forth in paragraphs 2 through 41 of this Indictment are incorporated herein by reference.

45. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the defendant, KADEEM MILLER, aided and abetted by others known and unknown to the Grand Jury, having knowingly devised and intended to devise the aforesaid scheme and artifice to defraud, for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material fact, knowing and having reason to know that the pretenses, representations, promises, and omissions were and would be material, for the purpose of executing the scheme

13

and artifice to defraud, caused wire communications to be transmitted in interstate commerce, through the following ATM withdrawals:

| Count | Date | Description |
|---|---|---|
| 6 | February 5, 2021 | First ATM withdrawal of $2,000 from USAA account ending in x5221 from USAA ATM in McDonough, Georgia |
| 7 | February 5, 2021 | Second ATM withdrawal of $2,000 from USAA account ending in x5221 from USAA ATM in McDonough, Georgia |
| 8 | February 5, 2021 | ATM withdrawal of $800 from USAA account ending in x5221 from USAA ATM in McDonough, Georgia |
| 9 | November 2, 2021 | ATM withdrawal of $2,000 from USAA account ending in x8459 from USAA ATM in McDonough, Georgia |
| 10 | November 2, 2021 | ATM withdrawal of $1,000 from USAA account ending in x8459 from USAA ATM in McDonough, Georgia |
| 11 | November 2, 2021 | ATM withdrawal of $2,000 from USAA account ending in x8203 from USAA ATM in McDonough, Georgia |
| 12 | November 2, 2021 | ATM withdrawal of $1,000 from USAA account ending in x8203 from USAA ATM in McDonough, Georgia |
| 13 | November 2, 2021 | ATM withdrawal of $2,000 from USAA account ending in x8834 from USAA ATM in McDonough, Georgia |
| 14 | November 2, 2021 | ATM withdrawal of $1,000 from USAA account ending in x8834 from USAA ATM in McDonough, Georgia |
| 15 | December 16, 2021 | First ATM withdrawal of $2,000 from USAA account ending in x1991 from USAA ATM in Atlanta, Georgia |

| Count | Date | Description |
|---|---|---|
| 16 | December 16, 2021 | Second ATM withdrawal of $2,000 from USAA account ending in x1991 from USAA ATM in Atlanta, Georgia |
| 17 | December 17, 2021 | First ATM withdrawal of $2,000 from USAA account ending x0208 from USAA ATM located in Atlanta, Georgia |
| 18 | December 17, 2021 | Second ATM withdrawal of $2,000 from USAA account ending x0208 from USAA ATM located in Atlanta, Georgia |
| 19 | December 17, 2021 | ATM withdrawal of $1,000 from USAA account ending in x1991 from USAA ATM in Atlanta, Georgia |
| 20 | December 18, 2021 | First ATM withdrawal of $2,000 from USAA account ending in x0224 from USAA ATM located in Atlanta, Georgia |
| 21 | December 18, 2021 | First ATM withdrawal of $2,000 from USAA account ending in x0208 from USAA ATM located in Atlanta, Georgia |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

## Forfeiture

48. Upon conviction of one or more of the offenses alleged in Counts One through Twenty-One of this Indictment, the defendant, KADEEM MILLER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or directly as a result of such violations, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the

offenses alleged in Counts One through Twenty-One of this Indictment.

49. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title

18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A __True__ BILL

__/s/ Foreperson__
FOREPERSON

RYAN K. BUCHANAN
  *United States Attorney*

__/s/ Lauren T. Macon__
LAUREN T. MACON
  *Assistant United States Attorney*
Georgia Bar No. 763604


CHRISTOPHER J. HUBER
  *Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

17