IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America,

versus

Kadeem Miller.

Criminal Action Number
1:24-CR-219-ELR-LTW

## Unopposed Motion for Extension of Time to File Pretrial Motions

On July 9, 2024, Mr. Miller pleaded not guilty to a 29-count indictment charging him with conspiracy to commit bank fraud, bank fraud, and wire fraud, in violation of 18 U.S.C. §§ 1349, 1344, and 1343. (Doc. 8, 1). The case was assigned to District Judge Eleanor L. Ross and Magistrate Judge Linda T. Walker. On July 19, Judge Walker issued a pretrial scheduling order setting the pretrial conference for August 2. (Doc. 14).

A protective order was filed on July 23, and the government has provided voluminous discovery. The defense needs additional time to review the discovery, investigate, and decide whether to file pretrial motions. Mr. Demar therefore respectfully requests that the Court

1

continue the motions deadline by approximately two months, and reschedule the pretrial conference accordingly. The government does not oppose this motion.

Dated:  This 25th day of July, 2024.

Respectfully submitted,

s/ Colin Garrett
State Bar No: 141751
Attorney for Kadeem Miller

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Colin_Garrett@fd.org